| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Chris Carson, Esq., SBN 280048 |
|   | Dennis Price, Esq., SBN 279082 |
| 3 | Amanda Seabock, Esq., SBN 289900 |
|   | Mail: PO Box 262490 |
| 4 | San Diego, CA 92196-2490 |
|   | Delivery: 9845 Erma Rd., St. 300 |
| 5 | San Diego, CA 92131 |
| 6 | (858) 375-7385 |
|   | phylg@potterhandy.com |
| 7 | Attorneys for Plaintiff |

John S. Simonson (SBN 58311)
Vivian V. Countryman (SBN 231223)
HAYES SCOTT BONINO ELLINGSON
GUSLANI SIMONSON & CLAUSE, LLP
999 Skyway Road Suite 310
San Carlos, CA  94070
Telephone:  650.637.9100
Facsimile:  650.637.8071
Attorneys for Defendants
John Conway and Menlo Service, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR., <br><br> Plaintiff, <br> v. <br><br> JOHN CONWAY, in individual and representative capacity as trustee of the Revocable Inter Vivos Trust of John Conway Dated September 13, 2017; MENLO SERVICE, INC., a California Corporation; and Does 1-10, <br><br> Defendants. | Case No.: 3:18-CV-06853-JCS <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 20, 2019        CENTER FOR DISABILITY ACCESS

                            By:   /s/ Amanda Lockhart Seabock
                                  Amanda Lockhart Seabock
                                  Attorneys for Plaintiff

Dated: June 20, 2019        HAYES SCOTT BONINO ELLINGSON
                            GUSLANI SIMONSON & CLAUSE, LLP


                            By:   /s/ John S. Simonson
                                  John S. Simonson
                                  Vivian V. Countryman
                                  Attorneys for Defendants
                                  John Conway and Menlo Service, Inc.

Dated: June 20, 2019

*IT IS SO ORDERED*
Judge Joseph C. Spero
United States District Court, Northern District of California

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to John S. Simonson, counsel for John Conway and Menlo Service, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: June 20, 2019          CENTER FOR DISABILITY ACCESS

                                   By:   /s/ Amanda Lockhart Seabock
                                          Amanda Lockhart Seabock
                                          Attorneys for Plaintiff